84 A.3d 1057

**Yusef BROWN, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 176 EM 2013.**

Supreme Court of Pennsylvania.

Jan. 29, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of January, 2014, the Application for Leave to File Original Process is **GRANTED.** To the

extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED**. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED**. The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's filings within 90 days of this order.